ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile (702) 220-7036
Armandfried@msn.com;
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH, <br><br> Plaintiff, <br><br> vs. <br><br> AARGON AGENCY, INC., and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-193-MMD-VCF <br><br> STIPULATION EXTENDING TIME TO ANSWER <br><br> FIRST REQUEST |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for all parties herein, that Defendant AARGON AGENCY, INC.'s time to answer or otherwise move regarding the complaint is extended to and including March 29, 2013.

/s/ ARMAND FRIED
ARMAND FRIED, ESQ.
Nevada Bar No. 10590
Attorney for Defendant
8338 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
(702) 853-1747
Armandfried@msn.com

/s/ GEORGE HAINES
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
Attorney for Plaintiff
Haines & Krieger, LLC
5041 N. Rainbow Blvd.
(702) 880-5554
Ghaines@hainesandkrieger.com

SO ORDERED:

_____
Hon. Miranda M. Du
U.S. District Judge