ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile (702) 220-7036
Armandfried@msn.com;
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH,<br><br>  Plaintiff,<br><br>vs.<br><br>AARGON AGENCY, INC., and Does 1-10, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-193-MMD-VCF<br><br>STIPULATION EXTENDING TIME TO ANSWER<br><br>SECOND REQUEST |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record for all parties herein, that Defendant AARGON AGENCY, INC.'s time to answer or otherwise move regarding the complaint is extended to and including March 29, 2013.  This is the SECOND request for any extension, the Court having denied the first based on non-compliance with Local Rule 6.1-b.

//
//
//
//
//

This request is made necessary because counsel for Defendant Aargon Agency, Inc. first received the complaint on the last day that the answer was due and had no opportunity to review the facts or investigate the merits of the Complaint so as to serve a reasoned and truthful Answer after reasonable investigation of the facts.

/s/ ARMAND FRIED
ARMAND FRIED, ESQ.
Nevada Bar No. 10590
Attorney for Defendant
8338 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
(702) 853-1747
Armandfried@msn.com

/s/ GEORGE HAINES
GEORGE HAINES, ESQ.
Nevada Bar No. 9411
Attorney for Plaintiff
Haines & Krieger, LLC
5041 N. Rainbow Blvd.
(702) 880-5554
Ghaines@hainesandkrieger.com

SO ORDERED:

_____
Hon. Miranda M. Du
U.S. District Judge
Dated: