ARMAND FRIED, ESQ.
Nevada Bar No. 10590
8668 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
Telephone (702) 835-1747
Facsimile (702) 220-7036
Armandfried@msn.com;
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TIM TOTH, <br><br> Plaintiff, <br><br> vs. <br><br> AARGON AGENCY, INC., <br> and Does 1-10, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-193-MMD-VCF <br><br> **CERTIFICATE OF NON-OPPOSITION TO MOTION** |

DEFENDANT, Aargon Agency, Inc., by it's attorney, Armand Fried, Esq., hereby certifies that it does not oppose Plaintiff's motion to file an amended answer. Defendant had offered to stipulate to said relief prior to Plaintiff's filing of the Motion.

///

///

///

Defendant requests 20 days to answer the Amended Complaint starting on the date it's filing is approved by the Court.


/s/ ARMAND FRIED
ARMAND FRIED, ESQ.
Nevada Bar No. 10590
Attorney for Defendant
8338 Spring Mountain Road, Suite 102
Las Vegas, NV 89117
(702) 853-1747
Armandfried@msn.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve a copy of the foregoing to Plaintiff via the Court's CM/ECF system, this 22nd day of April, 2013.

/s/ Armand Fried
Armand Fried, Esq.