UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TIM TOTH, | Case No. 2:13-cv-00193-MMD-VCF |
| Plaintiff, | |
| v. | ORDER |
| AARGON AGENCY, INC., | (Plf.'s Motion to Amend – dkt. no. 12) |
| Defendant. | |

Before the Court is Plaintiff Tim Toth's Motion to Amend Complaint. (*See* dkt. no. 12.) Defendant Aargon Agency, Inc. filed a notice of non-opposition consenting to Plaintiff's Motion. (*See* dkt. no. 13.)

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its complaint only by leave of the court once responsive pleadings have been filed and in the absence of the adverse party's written consent. *Thornton v. McClatchy Newspapers, Inc.*, 261 F.3d 789, 799 (9th Cir. 2001). The court has discretion to grant leave and should freely do so "when justice so requires." *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990) (quoting Fed. R. Civ. P. 15(a)). Nonetheless, courts may deny leave to amend if it will cause: (1) undue delay; (2) undue prejudice to the opposing party; (3) the request is made in bad faith; (4) the party has repeatedly failed to cure deficiencies; or (5) the amendment would be futile. *Leadsinger, Inc. v. BMG Music Publ'g*, 512 F.3d 522, 532 (9th Cir. 2008). After reviewing these factors, the Court concludes that good cause appears to grant Toth's Motion, particularly in light of

Defendant's non-opposition. However, Toth's claims against the 10 unnamed Doe Defendants cannot proceed, as the use of Doe pleading is disfavored in federal courts. *See Gillespie v. Civiletti,* 629 F.2d 637, 642 (9th Cir.1980). Toth will be provided the opportunity through discovery to ascertain the identities of any Doe defendant, and to seek leave to further amend his pleading.

Accordingly, IT IS THEREFORE ORDERED that Plaintiff Tim Toth's Motion to Amend Complaint (dkt. no. 12) is GRANTED. Toth is instructed to file his Proposed Amended Complaint (dkt. no. 12, ex. 1) with the revision noted above as a separate docket entry.

DATED THIS 23rd day of April 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE